**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-1099**

———————

RONALD LUBER,

                    Plaintiff - Appellant,

          v.

ANNE ARUNDEL COUNTY, MARYLAND; LAURA A. NEWMAN, County
Executive, In Her Official Capacity,

                    Defendants - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   James K. Bredar, District Judge.
(1:14-cv-00001-JKB)

———————

Submitted:  May 29, 2014          Decided:  June 2, 2014

———————

Before SHEDD, WYNN, and THACKER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Ronald Luber, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ronald Luber appeals a district court order dismissing his civil rights complaint under 28 U.S.C. § 1915(e)(2) (2012) for failing to state a claim. We have reviewed the court's memorandum and the record and affirm for the reasons stated by the court. See Luber v. Anne Arundel Cnty., Md., No. 1:14-cv-00001-JKB (D. Md. entered Jan. 13, 2014, filed Jan. 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED